# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re  Amoreena D Kokenes | Case No. | 23-01294 |
| Debtor(s) | Chapter | 7 |

## DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I (We), the undersigned debtor(s) herein, declare that the following special circumstances are applicable to my (our) financial situation, and justify an adjustment to my (our) income and expenses, and justify the reasons for filing a Chapter 7.

### Adjustments to Current Monthly Income:

Total Special Circumstances Adjustment to Current Monthly Income:

### Adjustments to Monthly Allowed Expenses:

| | |
|---|---|
| The Hysterectomy will cost me approximately $8000 out of pocket in addition to hundreds if not thousands of prescription costs | $1500 |
| I will likely face more litigation with ex Husband over Child Support and Custody Battles in the very near future | $1000 |
| Total Special Circumstances Adjustment to Monthly Allowed Expenses: | $2500 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date  January 31, 2023

Signature  see Affid

Amoreena D Kokenes
Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| IN RE: | Amoreena Kokenes | ) | CASE NO. |
|---|---|---|---|
| | | ) | JUDGE: |
| | | ) | Trustee: |
| | DEBTOR(S) | ) | CHAPTER 7 |

## AFFIDAVIT

I, Amoreena Kokenes, if called to testify under oath, would testify competently as to the following:

1. I will be facing a Hysterectomy during 2023. This will cost out of pocket approximately $8000

2. Due to this Hysterectomy, I will be on prescription medicine in the months leading up to this which will exhaust my $4000 deductible.

3. I am likely going to face more litigation expenses with my ex Husband over Child Support issues that will be coming up in the future. As it shows on Schedule F, I have incurred a debt of $60k, not to mention other fees and costs that I have paid through the years.

Affiants states further naught.

Amoreena D D Kokenes
_____
Amoreena Kokenes

Virginia

State of Illinois )

Fairfax )  ss

County of Cook )

Roland Marshall Jones Jr

REGISTRATION NUMBER
7806580

COMMISSION EXPIRES
January 31, 2026

Notarized online using audio-video communication

ID: 7806589

Signed and sworn before me this ___17th___ day of ___January___ , 2022. xx, 2023

My commission expires: 01/31/2026

Notary Public _____    Roland Marshall Jones Jr