Form ntabusTR

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Amoreena D Kokenes
250 Victoria Lane
Elk Grove Village, IL 60007
SSN: xxx−xx−6654 EIN: N.A.
aka Amoreena Dunaway−O'Barr

Case No. : 23−01294
Chapter : 7
Judge : Timothy A. Barnes

### CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMPTION OF ABUSE UNDER 11 U.S.C. § 707 (b)(2)

Notice is hereby given that the United States Trustee has reviewed all Materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under § 707(b)(2).

FOR THE COURT

Dated: March 27, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0752-1                                          User: admin                                                          Page 1 of 2

Date Rcvd: Mar 27, 2023                              Form ID: ntabusTR                                        Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amoreena D Kokenes, 250 Victoria Lane, Elk Grove Village, IL 60007-4264 |
| 30090688 | + | Beerman LLP, 161 North Clark Street, Suite 3000, Chicago, IL 60601-3346 |
| 30090696 | + | Discover, 16625 Park Row, Houston, TX 77084-5018 |
| 30090697 | + | Frank Lau, 2335 Snowy Egret Drive, Katy, TX 77494-7121 |
| 30090698 | + | Heavner, Scott, Beyers & Mihlar, PO Box 740, Decatur, IL 62525-0740 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30090686 | ^ | MEBN | Mar 27 2023 22:34:53 | Asset Recovery Solutions, 2200 E. Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 30090687 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2023 22:42:00 | Barclays Bank Delaware, Att: collections dept, P.O. Box 8833, Wilmington, DE 19899-8833 |
| 30090691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2023 22:45:41 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 30090694 | | Email/Text: correspondence@credit-control.com | Mar 27 2023 22:42:00 | Credit Control, LLC, 3300 Rider Trail S., Suite 500, Earth City, MO 63045 |
| 30090695 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 27 2023 22:41:00 | Credit Corp Solutions, 121 West Election, Suite 200, Draper, UT 84020 |
| 30090689 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2023 22:45:48 | Capital 1 Bank, PO Box 60511, City of Industry, CA 91716-0511 |
| 30090690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2023 22:45:35 | Capital One, P.O. Box 60024, City Of Industry, CA 91716-0024 |
| 30097903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2023 22:45:49 | Capital One Auto Finance, a division of, c/o IS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 30090692 | | Email/Text: comedbankruptcygroup@exeloncorp.com | Mar 27 2023 22:42:00 | Com Ed, Bill Payment Center, Chicago, IL 60668-0001 |
| 30090693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2023 22:42:00 | Comenity, Po Box 182273, Columbus, OH 43218-2273 |
| 30090699 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 27 2023 22:42:00 | Illinois Department of Revenue, P.O. Box 64338, Chicago, IL 60664 |
| 30090700 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2023 22:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 30090701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2023 22:45:39 | Lvnv Funding, PO Box 740281, Houston, TX 77274-0281 |
| 30090702 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 27 2023 22:41:00 | Mariner Finance, 8211 Town Center Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 30090703 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 27 2023 22:41:00 | Mercury FBT, PO Box 84064, Columbus, GA 31908-4064 |
| 30090704 | | Email/Text: bankrup@aglresources.com | Mar 27 2023 22:41:00 | Nicor, PO Box 310, Aurora, IL 60507-0310 |
| 30090705 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2023 22:45:49 | Syncb, PO BOX 965018, Orlando, FL 32896-5018 |
| 30090706 | + | Email/Text: documentfiling@lciinc.com | Mar 27 2023 22:41:00 | Telecom Self-reported, PO Box 4500, Allen, TX 75013-1311 |
| 30090707 | + | Email/Text: accountservicing@trueaccord.com | Mar 27 2023 22:41:00 | Trueaccord, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 30090708 | ^ | MEBN | Mar 27 2023 22:34:55 | Velocity Investments, LLC, PO Box 788, Belmar, NJ 07719-0788 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P Carlin | on behalf of Debtor 1 Amoreena D Kokenes jcarlin@suburbanlegalgroup.com suburbanlegalgroup@iamthewolf.com |
| Michael K Desmond | mkd.trustee@sgrlaw.com IL23@ecfcbis.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3