Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 23−01294
Chapter: 13
Judge: Timothy A. Barnes

In Re:
  Amoreena D Kokenes
  aka Amoreena Dunaway−O'Barr
  250 Victoria Lane
  Elk Grove Village, IL 60007

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6654

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on January 16, 2025

 

FOR THE COURT

Dated: January 17, 2025          Jeffrey P. Allsteadt , Clerk
                                                               United States Bankruptcy Court